```
 1  LELAND LAW
    7200 Greenleaf Avenue, Suite 170A
 2  Whittier, CA 90602
 3  Telephone: (562) 904-6955
    Facsimile:  (562) 632-1301
 4  ENRIQUE M. JUAREZ (State Bar No: 269840)
 5  E-mail: tracey@disabilitylawfirm.com
          Attorneys for Plaintiff
 6  TRACY L. WILKISON
 7  United States Attorney
    DAVID M. HARRIS
 8  Assistant United States Attorney
 9  Chief, Civil Division
10  CEDINA M. KIM
    Assistant United States Attorney
11  Senior Trial Attorney, Civil Division
12  AMANDA SCHAPEL, CSBN 271295
13  Special Assistant United States Attorney
          Social Security Administration
14        160 Spear Street, Suite 800
15        San Francisco, CA  94105
          Telephone:  (510) 970-4856
16        Facsimile: (415) 744-0134
17        Email:  Amanda.Schapel@ssa.gov
          Attorneys for Defendant
18
19              UNITED STATES DISTRICT COURT
20              CENTRAL DISTRICT OF CALIFORNIA
                       WESTERN DVISION
21
22  JESSE ALEXIS TORRES,              ) Case No. CV 20-08183-RAO
         Plaintiff,                   )
23                                    )
                                      ) [PROPOSED] ORDER AWARDING
24       v.                           ) EQUAL ACCESS TO JUSTICE
25  KILOLO KIJAKAZI, Acting           ) ACT ATTORNEY FEES
    Commissioner of Social Security,  ) PURSUANT TO 28 U.S.C. § 2412(d)
26                                    )
27       Defendant.                   )
                                      )
28
```

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of FOUR THOUSAND NINE HUNDRED and FORTY-FOUR DOLLARS [$4,944.00], as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

Dated: March 2, 2022

_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

1